## AEDAN MCCARTHY *v.* COMMISSIONER OF CORRECTION

The petitioner Aedan McCarthy's petition for certification for appeal from the Appellate Court, 82 Conn. App. 480 (AC 23665), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court lacked subject matter jurisdiction over the petitioner's habeas corpus petition?"

The Supreme Court docket number is SC 17208.

*Sandra J. Crowell,* assistant public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided June 9, 2004

## LUIS A. LEBRON *v.* COMMISSIONER OF CORRECTION

The petitioner Luis A. Lebron's petition for certification for appeal from the Appellate Court, 82 Conn. App. 475 (AC 23687), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court lacked subject matter jurisdiction over the petitioner's habeas corpus petition?"

The Supreme Court docket number is SC 17209.

*Paul R. Kraus,* special public defender, in support of the petition.

*Margaret Gaffney Radionovas,* senior assistant state's attorney, in opposition.

Decided June 9, 2004